UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ZIPBY USA LLC,                         )
TMA GROUP OF COMPANIES LIMITED,        )
TMA CAPITAL AUSTRALIA PTY LTD,         )
         Plaintiffs,                   )
                                       )
         v.                            )   CIVIL ACTION NO.
                                       )   20-10926-DPW
GREGORY PARZYCH,                       )
         Defendant.                    )
```

**TEMPORARY RETRAINING ORDER**

Following an emergency hearing in this matter on May 19, 2020, and consideration of the parties' written submissions filed before that hearing, for the reasons stated during and reflected in the stenographer's record of that hearing, I find:

That the plaintiffs have a likelihood of success on the merits as to at least Counts I and II of their complaint, that the plaintiffs have made a strong showing that they will suffer immediate and irreparable harm if interlocutory relief is not granted at this time in this litigation, that the corresponding harm to the defendant from such interlocutory relief is not irreparable and is significantly less than that to plaintiff if interlocutory relief is not granted and that such interlocutory relief will serve the public interest in assuring fair competition among those with underlying contractual and fiduciary

duties to support fair competition, ACCORDINGLY it is hereby ORDERED that:

Defendant Gregory Parzych, his agents, servants, employees, and attorneys, all persons in active concert with them are TEMPORARILY RESTRAINED from pursuing in any way the consummation of the purchase of TCS International, Inc. from Q-Free ASA.

This temporary restraining order became effective as of 4:47 PM EDT on May 19, 2020, with the oral ORDER entered at that time and reflected in this written TEMPORARY RESTRAINING ORDER.  This Order shall remain effective until 4:47 PM EDT May 29, 2020, unless modified or further extended by this court.

The question of security, not having been developed at the May 19, 2020 hearing in this matter and otherwise appearing uncertain in amount, shall be discussed fully and sufficiently for the court to consider imposition of an ascertainable amount in accordance with Fed. R. Civ. P. 65(c) at the further scheduling hearing in this matter after the parties submission on or before May 26, 2020, of a proposal for a Scheduling Order.

**SO ORDERED THIS 22nd DAY OF MAY 2020**

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE