UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| ZIPBY USA LLC, TMA GROUP OF COMPANIES LIMITED, and TMA CAPITAL AUSTRALIA PTY LTD, | |
|---|---|
| Plaintiffs, | Civil Action No. 1:20-cv-10926-DPW |
| v. | |
| GREGORY PARZYCH, | |
| Defendant. | |

**JOINT MOTION FOR STATUS CONFERENCE**

Plaintiffs ZipBy USA LLC et al. and Defendant Gregory Parzych respectfully request that the Court schedule a status conference at its earliest convenience regarding the pending issues on the following subjects:

| Subject | Docket Numbers |
|---|---|
| Report and Recommendation on Parzych's Motion to Vacate the Preliminary Injunction (Dkt. No. 256) | 265, 274 |
| Report and Recommendation on Summary Judgment (Dkt. No. 257) | 266, 267, 273, 275 |
| Order to Show Cause Regarding Contempt (Dkt. No. 260) | 164, 168, 241, 252, 268–271, 276, 278, 279, 283, 287 |

In addition, the parties request that case scheduling be discussed at the status conference, as there is no scheduling order in place for further proceedings, including supplemental expert reports, pretrial submissions, and trial.

1

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for the parties certify that on September 20, 21, and 26, and October 3, 2022, they communicated in good faith to resolve or narrow the issues raised in this Joint Motion.

Respectfully submitted,

| | |
|---|---|
| ZIPBY USA LLC, TMA GROUP OF COMPANIES LIMITED, AND TMA CAPITAL AUSTRALIA PTY LTD | GREGORY PARZYCH |
| */s/ John J. Cotter* | */s/ Michelle J. Blair* |
| John J. Cotter (BBO # 554524) | Robert F. Dionisi, Jr. |
| john.cotter@klgates.com | BBO # 125740 |
| R. Nicholas Perkins (BBO # 705758) | Michelle J. Blair |
| nicholas.perkins@klgates.com | BBO # 564078 |
| K&L GATES LLP | DIONISI, O'ROURKE & BRADFORD, LLP |
| State Street Financial Center | Suite 214 |
| One Lincoln Street | 365 Boston Post Road |
| Boston, MA 02111 | Sudbury, MA 01776 |
| Tel: (617) 261-3100 | (978) 443-3900 |
| Fax: (617) 261-3175 | (978) 443-3966 (facsimile) |
| | bob@dobmalaw.com |
| | michellejblair@verizon.net |

Dated: October 3, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2022, I caused the above document to be served on counsel for Gregory Parzych via the Court's ECF filing system.

                                                    */s/ R. Nicholas Perkins*
                                                    R. Nicholas Perkins