UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZIPBY USA LLC, TMA GROUP OF COMPANIES LIMITED, and TMA CAPITAL AUSTRALIA PTY LTD,<br><br>      Plaintiffs,<br><br>v.<br><br>GREGORY PARZYCH,<br><br>      Defendant. | Civil Action No. 1:20-cv-10926-IT |

**JUDGMENT**
December 13, 2023

TALWANI, D.J.

      In accordance with the jury's verdict [Doc. No. 373], the order of the court (see Transcript of Motion Hearing [Doc. No. 295]) adopting in part and rejecting in part the Report and Recommendation on Pending Motions [Doc. No. 257], and the parties' stipulations, judgment is hereby entered as follows:

      As to Plaintiffs ZipBy USA LLC, TMA Group of Companies Limited, and TMA Capital Australia Pty Ltd's Amended Complaint [Doc. No. 175]:

      Judgment is entered in favor of Plaintiff ZipBy USA LLC and against Defendant Gregory Parzych on Counts I, II, III, IV, V, VI, VII, and VIII;

      Judgment is entered in favor of Plaintiff TMA Group of Companies Limited and against Defendant Gregory Parzych on Counts I, II, III, and IV, and in favor of Defendant Gregory Parzych and against Plaintiff TMA Group of Companies Limited on Counts V, VI, VII, and VIII;

      Judgment is entered in favor of Plaintiff TMA Capital Australia Pty Ltd and against Defendant Gregory Parzych on Counts III, IV, V, VI, and VII, and in favor of Defendant Gregory Parzych and against Plaintiff TMA Capital Australia Pty Ltd on Counts I, II and VIII; and

      Count IX is dismissed without prejudice.

As to Plaintiff-in-Counterclaim Gregory Parzych's <u>Counterclaim</u> [Doc. No. 198]:

Judgment is entered in favor of Defendant-in-Counterclaim ZipBy USA LLC and against Plaintiff-in-Counterclaim Gregory Parzych on Counts I, II, III, V, VI, and VII; and

Count IV is dismissed without prejudice.

Pursuant to the jury's verdict [Doc. No. 373], Plaintiffs ZipBy USA LLC, TMA Group of Companies Limited, and TMA Capital Australia Pty Ltd are awarded from Defendant Gregory Parzych $1,500,000.00 in compensatory damages, and $1,000,000.00 in exemplary damages.

IT IS SO ORDERED.

Dated: December 13, 2023                    /s/  Indira Talwani
                                            United States District Judge