UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPBY USA LLC, TMA GROUP OF COMPANIES LIMITED, and TMA CAPITAL AUSTRALIA PTY LTD,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY PARZYCH,<br><br>Defendant. | Civil Action No. 1:20-cv-10926-IT |

**DEFENDANT'S, GREGORY PARZYCH, RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE AS TO THE VERDICT BY THE JURY ON COUNTS I, II, III, IV, V, VI, VII, OF PLAINTIFFS' AMENDED COMPLAINT**

The Defendant, Gregory Parzych, hereby moves that this Honorable Court allow this Motion and set aside the verdict entered by the Jury on December 4, 2023 and enter judgment for the Defendant, Gregory S. Parzych on the following counts:

**Count 1/Breach of Fiduciary Duty**

**Count 2/Breach of Contract**

**Count 3 and 4/Misappropriation of Trade Secrets**

**Count 3 and 4/Willful and Malicious Misappropriation**

**Count 5 and 7/Trademark**

**Count 6/False Designation**

In support of this Motion the Defendant states that no reasonable jury could have returned the verdict based on evidence submitted at trial viewed in the light most favorable to the Plaintiffs. A Memorandum of Law in support is submitted herewith.

1

Respectfully submitted,
The Defendant
Gregory Parzych
By his attorney

Dionisi, O'Rourke & Bradford, LLP

*/s/ Michelle J. Blair /s/*
_____
Robert F. Dionisi, Jr.
BBO # 125740
Michelle J. Blair
BBO # 564078
Suite 214
365 Boston Post Road
Sudbury, MA 01776
(978) 443-3900
(978) 443-3966 (facsimile)
bob@dobmalaw.com
michellejblair@verizon.net

Certificate of Service

I, Michelle J. Blair, hereby certify that I served a copy of the within Renewed Motion To Enter Judgment upon counsel of record this twenty ninth day of December 2023.

*/s/ Michelle J. Blair /s/*

_____

Michelle J. Blair