UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZIPBY USA LLC, TMA GROUP OF COMPANIES LIMITED, and TMA CAPITAL AUSTRALIA PTY LTD,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREGORY PARZYCH,<br><br>　　　　　Defendant. | Civil Action No. 1:20-cv-10926-IT |

## [PROPOSED] SECOND AMENDED JUDGMENT

In accordance with the jury's verdict [Doc. No. 373], the order of the court (see Transcript of Motion Hearing [Doc. No. 295]) adopting in part and rejecting in part the Report and Recommendation on Pending Motions [Doc. No. 257], the court's Electronic Order [Doc. No. 429], the court's Memorandum and Order [448], and the parties' stipulations, judgment is hereby entered as follows:

    As to Plaintiffs ZipBy USA LLC, TMA Group of Companies Limited, and TMA Capital Australia Pty Ltd's Amended Complaint [Doc. No. 175]:

    Judgment is entered in favor of Plaintiff ZipBy USA LLC and against Defendant Gregory Parzych on Counts I, II, V, VI, VII, and VIII, and in favor of Defendant Gregory Parzych and against Plaintiff ZipBy USA LLC on Counts III and IV;

    Judgment is entered in favor of Plaintiff TMA Group of Companies Limited and against Defendant Gregory Parzych on Counts I and II, and in favor of Defendant Gregory Parzych and against Plaintiff TMA Group of Companies Limited on Counts III and IV;

    Judgment is entered in favor of Plaintiff TMA Capital Australia Pty Ltd and against Defendant Gregory Parzych on Counts V, VI, and VII, and in favor of Defendant Gregory Parzych and against Plaintiff TMA Capital Australia Pty Ltd on Counts III and IV;

    Plaintiff TMA Group of Companies Limited's Counts V, VI, VII, and VIII and Plaintiff TMA Capital Australia Pty Ltd's Counts I, II and VIII are dismissed; and

    Count IX is dismissed without prejudice.

As to Plaintiff-in-Counterclaim Gregory Parzych's Counterclaim [Doc. No. 198]:

Judgment is entered in favor of Defendant-in-Counterclaim ZipBy USA LLC and against Plaintiff-in-Counterclaim Gregory Parzych on Counts I, II, III, V, VI, and VII; and

Count IV is dismissed without prejudice.

Plaintiffs ZipBy USA LLC, TMA Group of Companies Limited, and TMA Capital Australia Pty Ltd are awarded from Defendant Gregory Parzych $1,500,000.00 in compensatory damages, costs of $31,573.94 as set forth in the Bill of Costs [Doc. No. 384], $537,534.25 in prejudgment interest at a rate of 10% pursuant to California state law, see Cal. Civ. Code § 3289. Plaintiff ZipBy USA LLC is also awarded from Defendant Gregory Parzych attorneys' fees of $2,157,734.33 and expert fees of $209,895.18 as set forth in the court's Order [Doc. No. 460], and the plaintiffs are awarded postjudgment interest at a rate of 5.08% on the entire judgment, including attorneys' fees and prejudgment interest, as provided by 28 U.S.C. § 1961(a) from the date of the original judgment.

Defendant Gregory Parzych, his agents, servants, employees, attorneys, and all persons in active concert with any of them, are permanently enjoined from:
     a. Pursuing in any way the consummation of the purchase of TCS; and/or
     b. In any way acquiring, owning, or controlling any portion, shares, or interest in TCS;

where "TCS" is defined as TCS International, Inc., any related, affiliated, and/or successor entity, and/or any portion of such entity.

IT IS SO ORDERED

Dated: 6/3/2024

*[signature]*
United States District Judge